UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   :   Case No. 08-CR-20198-JLK
                            :
v.                          :
                            :
VERONICA MEDINA             :

### ORDER ON DEFENDANT'S REQUEST FOR DESIGNATION OF GADSEN COORECTIONAL INSTITUTION NUNC PRO TUNC

**THIS MATTER** came before the Court on May 13, 2009. Present were: Assistant United States Attorney Dwayne Williams Esquire on behalf of the United States Government and Andrew F. Rier, Esquire and Grace Casas Esquire on behalf of the Defendant in this matter Veronica Medina. The Court, after having reviewed the parties' reports in this matter, hearing the oral argument of counsel and otherwise being fully advises in the premises, it is hereby:

**ORDERED, ADJUDGED and DECREED:**

1. This Court hereby recommends that the Federal Bureau of Prisons designate the Gadsen Correctional Institute where Ms. Medina is presently housed, as her place of confinement, *nunc pro tunc* back to August 21, 2008 for purposes of serving out her federal sentence.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this ___ day of May 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

1

Cc:

<u>Counsel for the Government</u>
Dwayne E. Williams
United States Attorney's Office
Major Crimes
99 N.E. 4th Street
Miami, FL 33132

<u>Counsel for the Defendant</u>
10800 Biscayne Blvd
Suite 750
Miami, FL 33161